pline *(see, Matter of Snow,* 142 AD2d 835, 838-839), as is his failure to cooperate with petitioner *(see, Matter of Feit,* 156 AD2d 810) and his handling of a legal matter that he was not competent to handle. In our view, the ends of justice will be adequately served in this case by the imposition of a censure.

Respondent censured. Mahoney, P. J., Casey, Mikoll, Levine and Mercure, JJ., concur.

FOURTH DEPARTMENT, MARCH, 1990

(March 16, 1990)

■ KATHLEEN CLARK, Respondent, v ABBOTT LABORATORIES et al., Appellants, et al., Defendants. (Appeal No. 1.)—Order unanimously affirmed without costs *(see, Hymowitz v Lilly & Co.,* 73 NY2d 487, *cert denied* — US —, 110 S Ct 350). (Appeal from order of Supreme Court, Onondaga County, Lowery, J.— dismiss complaint; summary judgment.) Present—Denman, J. P., Boomer, Balio and Davis, JJ.

■ KATHLEEN CLARK, Respondent, v ABBOTT LABORATORIES et al., Defendants, and MERRILL DOW PHARMACEUTICALS, Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs *(see, Hymowitz v Lilly & Co.,* 73 NY2d 487, *cert denied* — US —, 110 S Ct 350). (Appeal from order of Supreme Court, Onondaga County, Lowery, J.—dismiss complaint.) Present— Denman, J. P., Boomer, Balio and Davis, JJ.

■ SHEILA K. STONE et al., Respondents, v ELI LILLY & COMPANY et al., Appellants, et al., Defendants. (Appeal No. 1.) —Order unanimously affirmed without costs *(see, Hymowitz v Lilly & Co.,* 73 NY2d 487, *cert denied* — US —, 110 S Ct 350). (Appeal from order of Supreme Court, Onondaga County, Lowery, J.—summary judgment.) Present—Denman, J. P., Boomer, Balio and Davis, JJ.

■ SHEILA K. STONE et al., Respondents, v ELI LILLY & COMPANY et al., Defendants, and ABBOTT LABORATORIES, Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs *(see, Hymowitz v Lilly & Co.,* 73 NY2d 487, *cert denied* — US —, 110 S Ct 350). (Appeal from order of Supreme Court, Onondaga County, Lowery, J.—summary judgment.) Present— Denman, J. P., Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE D. FORD, Appellant.—Judgment unanimously reversed on the law, plea vacated and superior court information